UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MARY ROMMEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-cv-00068-MPB-RLY |
| | ) |
| KILOLO KIJAKAZI Acting Commissioner of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT.**

Judgment is entered in favor of the Defendant and against the Plaintiff. The Plaintiff shall take nothing by her Complaint, and this action is terminated.

Entered: 9/22/2022

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: __Tricia M. Blanford__
Deputy Clerk, U.S. District Court

**Served electronically on all ECF-registered counsel of record.**